## OFFICE OF THE MEDICAL EXAMINER
### COUNTY OF COOK, ILLINOIS

REPORT OF POSTMORTEM EXAMINATION

THIS CERTIFIED COPY VALID
WHEN MULTICOLOR SIGNATURE
SEAL IS AFFIXED

8-17-17
INITIAL    DATE

**NAME** ROBEY, MICHELE MARIA     **CASE NO.** ME2017-00713

**AGE** 55    **RACE** WHITE    **SEX** FEMALE    **DATE PRONOUNCED DEAD** FEBRUARY 10, 2017

**DATE EXAMINED** FEBRUARY 11, 2017 (7:35AM)

**EXAMINED BY** Kimberly Golden, MD

**SUPERVISING MEDICAL EXAMINER** Eric A. Eason, MD

### EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished, unclad adult white female. Accompanying the body were multiple articles of clothing: a black hooded zip up jacket (with a taser probe), blue jeans, black sweater (with a taser probe), two black boots, black leggings, black stockings, pink long sleeve shirt, green sweater, black fleece jacket, gray zip-up jacket, black thermal leggings, black fleece pants, gray/black socks, black shirt, black sweater, orange underwear, black pants, black socks (six), brown hooded jacket, green camouflage shirt, pink bra, black long sleeve dress, blue sock, black pants, black pantyhose, green sweater, white sleeveless shirt, multicolored belt, and a green rag. Some articles of clothing contained defects compatible with the wounds on the body.

Appropriate identification tags were around the right wrist and on the bilateral 1st toes. The body weighed 149 pounds, was 65 inches in height, and appeared compatible with the reported age of 55 years.

The body was cool to touch, subsequent to refrigeration. Rigor mortis was fully developed and symmetrical in the upper and lower extremities, neck, and jaw. Fixed, purple lividity was distributed primarily over the posterior surfaces of the body, except in areas exposed to pressure.



ROBEY, MICHELE MARIA  Page 2
ME2017-00713

The scalp hair was natural, brown, and styled in a ponytail. The irides were brown, the corneae were clear, the sclerae were white, and the conjunctivae were without petechial hemorrhage. No nasal fractures were palpated. The external auditory canals and nasal cavity were free of foreign material and abnormal secretions. There was dried blood on the face. There were transverse creases of the lower pinnae. The teeth were in fair-to-good repair without restorations. The frenula were intact. The lips were without evidence of injury.

Examination of the neck revealed no evidence of injury. The chest was symmetrical. The breasts were without palpable lesions. Injuries to the abdomen were as described below (see "Evidence of Injury").

The extremities showed no gross bony deformities. The fingernails were short in length and intact. The toenails were short in length, intact, and decorated with blue nail polish. Black ink covered the palmar surfaces of the fingertips.

The external genitalia were those of a normal adult female. Pubic hair was present in the normal anatomic distribution. The posterior torso was without note. The anus was atraumatic.

Photographs and radiographs were taken.

### SCARS, IDENTIFYING MARKS, AND TATTOOS

On the right lower abdomen was a 2.5 inch in length linear scar, documented photographically.

### EVIDENCE OF THERAPY

1. An endotracheal tube exited the mouth.

2. Intravascular lines were in the left chest.

3. A 9 inch thoracotomy incision was on the left chest with associated defects in the left anterior 4th and 5th intercostal spaces.

ROBEY, MICHELE MARIA  
ME2017-00713

Page 3

4. Intraosseous lines were in the bilateral shins.

5. An electrocardiogram lead patch was on the anterior right torso.

## RADIOGRAPHIC STUDIES

X-rays of the head, neck, chest, abdomen, pelvis, arms and legs were obtained. The images showed dental restorations and a radiopaque projectile and minute fragments within the pelvis.

## EVIDENCE OF INJURY

1. **GUNSHOT WOUND TO THE ABDOMEN:**

A penetrating gunshot wound complex of indeterminate range-of-fire involved the abdomen. The entrance wound was within the anterior midline of the abdomen, located 23-1/4 inches from the top of the head. The round defect measured 3/16 inch in diameter and had a 1/8 inch circumferential margin of abrasion. Peripheral blue-purple bruising was associated with the defect. There was no evidence of close range-of-fire.

The wound track passed through the skin of the abdomen, subcutaneous tissues, mesentery of the bowel, left common iliac artery and vein, sacrum, and terminated in the soft tissues of the left posterior torso.

Associated with the wound was a hemoperitoneum comprised of approximately 2.5 liters of blood and visceral pallor of the kidneys, spleen, and liver.

A copper-colored, jacketed projectile with a gray metal core was recovered within the soft tissues of the left posterior torso. The projectile was placed into a paper envelope, sealed with tape and Dr. Golden's initials, and labeled "Left Posterior Torso", the case number, and date.

The direction of the wound track was front to back, downward, and right to left.

ROBEY, MICHELE MARIA    Page 4
ME2017-00713

Examination of the clothing revealed defects corresponding to the gunshot wound. Two gray probes were recovered on the black hooded zip up jacket and the black sweater.

2. **ABRASIONS:**

1. A 1/4 x 3/16 inch irregularly shaped red-tan abrasion was on the right anterior knee with an associated 1/2 inch area of bruising.

2. On the right chest are multiple punctate and irregular red-tan abrasions measuring 3/4 inches in aggregate.

### INTERNAL EXAMINATION (EXCLUDING INJURIES)

**Body Cavities:** The body was opened via the usual Y-shaped thoracoabdominal incision and the chest plate was removed. All body organs were present in the normal anatomic distribution. There were no adhesions in any of the body cavities.

**Head:** (Central Nervous System) The scalp was reflected. The calvarium of the skull was removed. The dura mater and falx cerebri were intact. There was no subdural or epidural hemorrhage. The leptomeninges were thin and delicate. The cerebral hemispheres were symmetrical. The structures at the base of the brain, including the cranial nerves and blood vessels, were intact. Coronal sections through the cerebral hemispheres revealed no focal lesions. Transverse sections through the brainstem and sagittal sections through the cerebellum were unremarkable. The brain weighed 1283 grams.

**Neck:** Examination of the soft tissues of the neck, including the strap muscles and large vessels, revealed no abnormalities. The hyoid bone and larynx were intact.

**Cardiovascular System:** The pericardial surfaces were smooth, glistening, and unremarkable. The pericardial sac was free of significant fluid or adhesions. The coronary arteries arose normally and followed the usual distribution. There was up to 50% stenosis of the distal left anterior descending artery and approximately 10% to 20% stenosis of the left circumflex and

ROBEY, MICHELE MARIA  Page 5
ME2017-00713

right coronary arteries by atherosclerotic plaques. The chambers and valves exhibited the usual size-position relationships. The myocardium was red-brown without scarring; the atrial and ventricular septa were intact. The left ventricle measured 1.3 cm in thickness below the mitral valve. The interventricular septum measured 1.2 cm. The right ventricle measured 0.3 cm. The aorta and its major branches arose normally and were patent with mild atherosclerosis. The vena cavae and their major tributaries returned to the heart in the usual distribution and were free of thrombi. The heart weighed 346 grams.

**Respiratory System:** The trachea contained aspirated material; the mucosal surfaces were yellow-tan and unremarkable. The pleural surfaces of the lungs were smooth and glistening. There was minimal anthracosis. The pulmonary parenchyma was purple-red, exhibiting slight-to-moderate amounts of bloody fluid upon sectioning; no mass lesions were noted. The pulmonary arteries were normally developed, patent, and without thrombus or embolus. The right lung weighed 453 grams; the left lung weighed 434 grams.

**Liver and Biliary System:** The hepatic capsule was smooth, glistening, and intact covering moderately firm, pale brown parenchyma. No mass lesions were noted. The gallbladder contained watery, green bile; the mucosa was velvety and unremarkable. The extrahepatic biliary tree was patent, without evidence of calculi. The liver weighed 1330 grams.

**Alimentary System:** The tongue exhibited no evidence of recent injury. The esophagus was lined by a gray-white, smooth mucosa. The gastric mucosa was slightly autolyzed and contained approximately 20 mL of partially digested food. The pancreas had an autolyzed, pink-tan, lobulated appearance and the ducts were clear. Refer to the "Evidence of Injury" section for more details.

**Genitourinary System:** The renal capsules were smooth, semitransparent, and stripped with ease from the underlying finely granular, pale cortical surfaces. The cortices were sharply delineated from the medullary pyramids which were purple-tan and unremarkable. The calyces, pelves, and ureters were without note. The urinary bladder contained approximately 60 mL of yellow urine and the mucosa was gray-tan and smooth. The cervical os was patent. The uterus had a 3 mm well-

ROBEY, MICHELE MARIA  
ME2017-00713

Page 6

circumscribed white-tan nodule on the serosal surface, but was otherwise unremarkable. The right kidney weighed 125 grams; the left kidney weighed 150 grams.

**Reticuloendothelial System:** The 104 gram spleen had a smooth, intact capsule covering pale, moderately firm parenchyma; the lymphoid follicles were unremarkable. The regional lymph nodes appeared normal.

**Endocrine System:** The thyroid gland and adrenal glands were unremarkable.

**Musculoskeletal System:** Muscle development was normal.

SPECIMENS SUBMITTED

1. Samples consisting of vitreous fluid, central and peritoneal cavity blood, bile, gastric contents, and liver were submitted to the toxicology laboratory.

2. Samples of tissue were submitted for microscopic review.

3. Samples of tissue were retained in a stock bottle.

4. A blood DNA card was sent to the toxicology laboratory.

DISPOSITION OF EVIDENCE

A sealed blood card, the decedent's clothing, oral swabs, one recovered projectile in a sealed envelope, and two gray taser probes in sealed envelopes were submitted to a representative of the Chicago Police Department. A receipt was obtained.

ROBEY, MICHELE MARIA  Page 7
ME2017-00713

## PATHOLOGIC DIAGNOSES

I. Gunshot wound to the abdomen.

II. Abrasions on the right knee and right side of the chest.

III. Toxicology. See separate report.

## OPINION

This 55-year-old female, MICHELE MARIA ROBEY, died of a gunshot wound to the abdomen.

**MANNER OF DEATH:** Homicide

*[signature]* M.D.

Kimberly Golden, MD
Forensic Pathology Fellow

3/20/2017

Eric A. Eason, MD
Assistant Medical Examiner

WTT:jm
J: 337663
D: 02/12/17@15:49

ROBEY, MICHELE MARIA　　　　　　　　　　　　　　　　　　　　　　　　Page 8
ME2017-00713

T: 02/13/17@09:49

Michelle Robey v. City of Chicago, et al., 17 C 2378　　　　　　　　　　　FCRL 000503

COOK COUNTY MEDICAL EXAMINER
2121 W. HARRISON ST.
CHICAGO, IL 60612

CCME: ME2017-00713          NAME: MICHELE MARIA ROBEY

DATE SLIDES REVIEWED: 03/9/2017     NO. OF SLIDES: 3

----

MICROSCOPIC EXAMINATION

Lungs: mild anthracotic pigment deposition and vascular congestion

Heart: occasional hypertrophic cardiac myocytes with enlarged nuclei

Liver: pigment stained hepatocytes and mild periportal chronic inflammation

Kidney: occasional sclerosed glomeruli and vessels with thickened walls

Slide key:
1- Right lung
2- Liver, kidney
3- Left lung, heart

_[signature]_ M.D.

Kimberly Golden, M.D.
Forensic Pathology Fellow

Reviewed by,
Eric Eason, M.D.
Assistant Medical Examiner

OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS
2121 W. Harrison Street
Chicago, IL 60612
TOXICOLOGY REPORT

# FINAL

Page 1 of 1

| | | | |
|---|---|---|---|
| M.E. Case: | ME2017-00713 | Tox Case: | 17-0591 |
| Deceased Name: | ROBEY, MICHELE MARIA | Gender: | Female |
| Autopsy Date: | 02/11/2017 | Race: | White |
| Report Date: | 03/07/2017 | Age: | 55 |
| Pathologist: | Golden, Kimberly | | |

## Confirmed Positives

| Sample # | Analyte | Sample Type | Methodology | Result | Foot note |
|---|---|---|---|---|---|

## Screen

| Sample # | Analyte | Sample Type | Methodology | Result |
|---|---|---|---|---|

## Subcontracted Tests

| Test Name | | |
|---|---|---|
| Postmortem Toxicology, Basic Panel NMS | See NMS Report for Result | |

## Comments

*[signature]*

KOIN, PETER
Toxicologist
Date reviewed: 03/07/2017

## Footnotes

## Test Panels



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 03/06/2017 09:02

To: 10075
Cook County Medical Examiner
Attn: Peter J. Koin PhD
2121 West Harrison Street
Chicago, IL 60612

| | |
|---|---|
| Patient Name | ROBEY, MICHELLE |
| Patient ID | ME2017-00713 17-0591 |
| Chain | 30207472 |
| Age 55 Y | DOB |
| Gender | Female |
| Workorder | 17062631 |

Page 1 of 2

**Positive Findings:**

| None Detected |
|---|

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 8051B | Postmortem, Basic, Blood (Forensic) |

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 5.65 mL | 02/11/2017 11:39 | Central Blood | |

All sample volumes/weights are approximations.
Specimens received on 02/28/2017.

NMS v.16.0



**CONFIDENTIAL**

Workorder 17062631
Chain 30207472
Patient ID ME2017-00713 17-0591

Page 2 of 2

### Detailed Findings:

Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 17062631 was electronically signed on 03/06/2017 08:31 by:

Daniel S. Isenschmid, Ph.D., F-ABFT
Forensic Toxicologist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 8051B - Postmortem, Basic, Blood (Forensic) - Central Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.16.0